GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
175 N. 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JAMES CROSS,<br><br>Defendant. | Case No. CR-23-101-BLG-SPW<br><br><br><br>**NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |

NOTICE IS HEREBY GIVEN that Defendant, Anthony James Cross, by and through his Counsel Gillian E. Gosch, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated, September 26, 2023, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 26th day of September, 2023.

                                      /s/ Gillian E. Gosch
                                      GILLIAN E. GOSCH
                                      Assistant Federal Defender
                                        Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on September 26, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. ZENO B. BAUCUS
   JEFFREY K. STARNES
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States of America

3. ANTHONY JAMES CROSS
       Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Assistant Federal Defender
    Counsel for Defendant