# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY JAMES CROSS,

        Defendant.

CR-23-101-BLG-SPW

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

    YOU ARE HEREBY COMMANDED to arrest ANTHONY JAMES CROSS and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Threats To Injure And Murder A United States Senator in violation of Title 18 United States Code, Section 115(a)(1)(B), (b)(4) and Threats Against The President in violation of Title 18 United States Code, Section 871(a).

Assigned to: Zeno Baucus and Jeffrey Starnes

*M. Stewart*

M. Stewart, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JOHN JOHNSTON
Great Falls, Montana



**BAIL FIXED AT NONE**
Date of Issue: 14th day of September, 2023

| *RETURN* | |
|---|---|
| DATE RECEIVED: 09-14-23 | LOCATION: Billings, MT |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: 09-26-23 | *Craig Anderson* |
| LOCATION: Billings, MT | **UNITED STATES MARSHAL** |
| BY: Liz Samson     Deputy U.S. Marshal | |