**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: Zeno.Baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **ANTHONY JAMES CROSS,**  Defendant. | CR 23-101-BLG-SPW  **NOTICE OF ANTICIPATED TRIAL DAYS** |

Pursuant to the Scheduling Order dated September 27, 2023, the United States files this notice advising the Court and counsel that the United States anticipates the government's case in chief for the trial scheduled to start on November 27, 2023, will take approximately two (2) days to complete.

1

DATED this 2nd day of October, 2023.

                                JESSE A. LASLOVICH
                                United States Attorney

                                */s/ Zeno B. Baucus*
                                ZENO B. BAUCUS
                                Assistant United States Attorney