IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JAMES CROSS,<br><br>Defendant. | CR 23-101-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 19) on November 27, 2023,

IT IS HEREBY ORDERED that the trial set for January 29, 2024 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Friday, January 5, 2024 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between November 27, 2023 and January 5, 2024 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **January 3, 2024**.

DATED this 27th day of November, 2023.

                                                        *[signature]*
                                                        SUSAN P. WATTERS
                                                        U.S. DISTRICT JUDGE